UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

       v.                        Case No.  04-cr-191-01-SM

Phillip Scott Scherrer,
    Defendant

O R D E R

Defendant Scherrer's motion to continue the trial is granted (document no. 41).  Trial has been rescheduled for the April 2010 trial period.  Defendant Scherrer shall file a waiver of speedy trial rights not later than February 16, 2010.  On the filing of such waiver, his continuance shall be effective

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for April 9, 2010 at 1:30 p.m.

Jury selection will take place on April 20, 2010 at 9:30 a.m.

SO ORDERED.

                                       Steven J. McAuliffe
                                       Chief Judge

February 8, 2010

cc:   Liam Scully, Esq.
       Robert Kinsella, AUSA
       U.S. Marshal
       U.S. Probation